# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| **DANIEL JACOBS** | § | |
| | § | |
| **V.** | § | **NO. 1:09-CV-1024** |
| | § | |
| **ALLSTATE TEXAS LLOYD'S INC.** | § | |
| **and JAY AYERS, INC.** | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on December 23, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' agreed motion to dismiss and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED** and the parties "Agreed Motion to Dismiss" (Docket No. 11) is **GRANTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the 27 day of **July, 2010.**


Thad Heartfield
United States District Judge